| | |
|---|---|
| 1 | SCOTT N. SCHOOLS, SC SBN 9990<br>United States Attorney |
| 2 | JOANN M. SWANSON, CSBN 88143<br>Assistant United States Attorney |
| 3 | Chief, Civil Division<br>EDWARD OLSEN, CSBN 214150 |
| 4 | Assistant United States Attorney |
| 5 | 450 Golden Gate Avenue, Box 36055<br>San Francisco, California 94102 |
| 6 | Telephone: (415) 436-6915<br>FAX: (415) 436-6927 |
| 7 | |
| 8 | Attorneys for Defendants |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| YUE LU,<br><br>    Plaintiff,<br><br>    v.<br><br>Department of Homeland Security, MICHAEL CHERTOFF, Secretary; U.S. Attorney General, ALBERTO GONZALES; United States Citizenship and Immigration Services, EMILIO T. GONZALEZ, Director; United States Citizenship and Immigration Services, ALFONSO AGUILAR, Chief; United States Citizenship and Immigration Services, DAVID STILL, District Director; and ROBERT MUELLER, III, Director of Federal Bureau of Investigation,<br><br>    Defendants. | No. C 07-1458 SI<br><br>**PARTIES' JOINT REQUEST TO BE EXEMPT FROM FORMAL ADR PROCESS** |

Each of the undersigned certifies that he or she has read either the handbook entitled "Dispute Resolution Procedures in the Northern District of California," or the specified portions of the ADR Unit's Internet site www.adr.cand.uscourts.gov, discussed the available dispute resolution options provided by the court and private entities, and considered whether this case might benefit from any of them. Here, the parties agree that referral to a formal ADR process will not be beneficial because this action is limited to plaintiff's request that this Court compel defendants to adjudicate

Parties' Request for Exemption
C07-1458 SI                                                                1

the application for naturalization. Defendants have already requested the FBI expedite the name check so that the application may be processed as soon as possible. Given the substance of the action and the lack of any potential middle ground, ADR will only serve to multiply the proceedings and unnecessarily tax court resources. Accordingly, pursuant to ADR L.R. 3-3(c), the parties request the case be removed from the ADR Multi-Option Program and that they be excused from participating in the ADR phone conference and any further formal ADR process.

Dated: May 31, 2007

Respectfully submitted,

SCOTT N. SCHOOLS
United States Attorney

EDWARD A. OLSEN
Assistant United States Attorney
Attorneys for Defendants

Dated: May ___, 2007

*All for signature*
GERI N. KHAN
Attorney for Plaintiff

### ORDER

Pursuant to stipulation and to ADR L. R. 3-3(c), the parties are hereby removed from the ADR Multi-Option Program and are excused from participating in the ADR phone conference and any further formal ADR process.

**SO ORDERED.**

Dated:

SUSAN ILLSTON
United States District Judge

Parties' Request for Exemption
C07-1458 SI                                                              2

1  the application for naturalization. Defendants have already requested the FBI expedite the name
2  check so that the application may be processed as soon as possible. Given the substance of the
3  action and the lack of any potential middle ground, ADR will only serve to multiply the
4  proceedings and unnecessarily tax court resources. Accordingly, pursuant to ADR L.R. 3-3(c), the
5  parties request the case be removed from the ADR Multi-Option Program and that they be excused
6  from participating in the ADR phone conference and any further formal ADR process.

7
8  Dated: May ___, 2007                    Respectfully submitted,
9                                           SCOTT N. SCHOOLS
                                            United States Attorney
10
11                                          _____
                                            EDWARD A. OLSEN
12                                          Assistant United States Attorney
                                            Attorneys for Defendants
13
14  Dated: May 31, 2007
15                                          _____
                                            GERI N. ~~KHAN~~ KAHN
16                                          Attorney for Plaintiff

17                         **ORDER**
18   Pursuant to stipulation and to ADR L. R. 3-3(c), the parties are hereby removed from the ADR
19  Multi-Option Program and are excused from participating in the ADR phone conference and any
20  further formal ADR process.
    **SO ORDERED.**
21
22
23  Dated:
24                                          _____
                                            SUSAN ILLSTON
25                                          United States District Judge
26
27
28

Parties' Request for Exemption
C07-1458 SI                              2